UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDITH A. ROGIND,

    Plaintiff,

v.

NEW REZ, LLC,

    Defendant.

Case No. 21-cv-12514
Hon. Matthew F. Leitman

_____/

**ORDER TERMINATING DEFENDANT'S
MOTION TO DISMISS (ECF No. 8) WITHOUT PREJUDICE**

On October 26, 2021, Plaintiff Judith A. Rogind filed this action against Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing. (*See* Compl., ECF No. 1.) Rogind alleges, among other things, that NewRez breached the parties' mortgage agreement, unjustly enriched itself, and violated the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (*See id.*) NewRez then filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 8.)

On January 3, 2022, without expressing any view on the merits of the motion to dismiss, the Court entered an order granting Rogind leave to file a First Amended Complaint in order to remedy the alleged deficiencies in her claims identified by NewRez in the motion to dismiss. (*See* Order, ECF No. 9.) The Court informed the

1

parties that if Rogind filed a First Amended Complaint, it would terminate without prejudice NewRez' motion to dismiss as moot. (*See id.*)

Rogind filed a First Amended Complaint on January 31, 2022. (*See* Am. Compl., ECF No. 11.)  Accordingly, the Court **TERMINATES WITHOUT PREJUDICE** NewRez' motion to dismiss (ECF No. 8) **AS MOOT.**

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 11, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 11, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126