UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDITH A. ROGIND,

    Plaintiff,                                   Case No. 21-cv-12514
                                               Hon. Matthew F. Leitman

v.

NEW REZ, LLC, d/b/a SHELLPOIN
MORTGAGE SERVICING,

    Defendant.
_____/

## ORDER PERMITTING LIMITED DISCOVERY

On October 26, 2022, the Court held an off-the-record video scheduling conference with counsel for the parties. During that conference, the Court decided to permit the parties to conduct an initial period of limited discovery. Discovery during this initial period shall be limited to the claims asserted by named Plaintiff Judith Rogind and the defenses to those claims. This period of limited discovery shall close on January 5, 2023. No other discovery will be permitted at this time. At the conclusion of the limited discovery period, the Court will hold a status conference with counsel to discuss whether it makes sense to hear a motion for summary judgment at that point or to continue with broader discovery.

    **IT IS SO ORDERED.**

                                                                 s/Matthew F. Leitman
                                                                  MATTHEW F. LEITMAN
                                                                  UNITED STATES DISTRICT JUDGE

Dated: October 27, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 27, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
