UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDITH A. ROGIND,

    Plaintiff,

v.

                                                                             Case No. 21-cv-12514
                                                                             Hon. Matthew F. Leitman

NEW REZ, LLC,

    Defendant.

_____/

## ORDER CONTINUING PERIOD OF LIMITED DISCOVERY

On October 27, 2022, the Court issued an order allowing the parties to engage in an initial period of discovery limited to the claims asserted by named Plaintiff Judith Rogind and the defenses to those claims. (*See* Order, ECF No. 33.) The Court held an on-the-record status conference with counsel for both parties on January 11, 2023, to discuss the status of that discovery. As discussed on the record during the status conference, **IT IS HEREBY ORDERED** as follows:

- The period of limited discovery described in the Court's October 27 order is extended until **March 13, 2023**;

- During this period of discovery, Rogind may take discovery from third-party Proctor Financial;

- In addition, during this period of discovery, the parties shall meet and confer in an attempt to resolve the disputes regarding Defendant's

discovery responses and deposition testimony that were discussed on the record. If the parties cannot resolve those disputes, Rogind may file a motion to compel discovery; and

- The Court will hold an additional status conference following the close of this extended discovery period to discuss next steps in this case.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 11, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 11, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126