**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JUDITH A. ROGIND,

      Plaintiff,                       Case No. 21-cv-12514
                                         Hon. Matthew F. Leitman

v.

NEW REZ, LLC, d/b/a SHELLPOINT
MORTGAGE SERVICING,

      Defendant.

_____/

## ORDER GRANTING MOTION FOR RELIEF FROM OBLIGATION TO SPECIFY LOCAL COUNSEL (ECF #47)

This matter came before the Court on Non-Party Proctor Financial, Inc.'s ("Proctor") Motion for Relief from Obligation to Specify Local Counsel, pursuant to Local Rule 83.20. Upon due consideration of the motion and all responses thereto, the Court orders that Proctor may designate attorneys Jessica Kirkwood Alley and Lawrence P. Ingram of Porter, Wright, Morris & Arthur LLP as their special counsel of record without specifying additional local counsel. Ms. Alley is expressly permitted to appear before the Court on April 11, 2023, in connection Plaintiff's motion to compel against Proctor.

Accordingly, Proctor's motion is **GRANTED**.

**IT IS SO ORDERED.**

                               /s/Matthew F. Leitman
                               MATTHEW F. LEITMAN
                               UNITED STATES DISTRICT JUDGE

Dated:  March 22, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 22, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126