UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDITH A. ROGIND,

    Plaintiff,

v.

Case No. 21-cv-12514
Hon. Matthew F. Leitman

NEW REZ, LLC,

    Defendant.
_____/

### ORDER (1) DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 64) AND (2) GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 67)

On March 29, 2024, the Court held an on-the-record status conference to deliver its decision on the parties' currently-pending Motions for Summary Judgment. For the reasons explained on the record, Plaintiff Judith A. Rogind's Motion for Partial Summary Judgment (ECF No. 64) is **DENIED**. Defendant New Rez, LLC's Motion for Summary Judgment is **GRANTED** with respect to Count 2 of Rogind's First Amended Complaint, **GRANTED** with respect to the portions of Count 5 of Rogind's First Amendment Complaint related to charges for property inspections, and **DENIED** in all other respects.

    **IT IS SO ORDERED**.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
Dated: March 29, 2024          UNITED STATES DISTRICT JUDGE

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 29, 2024, by electronic means and/or ordinary mail.

                                                       s/Amanda Chubb for Holly A. Ryan
                                                       Case Manager
                                                       (313) 234-5126