UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JUDITH A. ROGIND,

    Plaintiff,                                   Case No. 21-cv-12514
                                               Hon. Matthew F. Leitman

v.

NEW REZ, LLC, d/b/a
Shellpoint Mortgage Servicing,

    Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Joint Stipulation for Voluntary Dismissal With Prejudice by the parties, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                                   s/Matthew F. Leitman
                                                   MATTHEW F. LEITMAN
                                                   UNITED STATES DISTRICT JUDGE

Dated:  August 1, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 1, 2024, by electronic means and/or ordinary mail.

                                                   s/Holly A. Ryan
                                                   Case Manager
                                                   (313) 234-5126